UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MARIA VILLALOBOS,<br><br>                        Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br><br>                        Defendant. | Case No.: 19cv1312-LL<br><br>**ORDER DISMISSING FIRST AMENDED COMPLAINT WITHOUT PREJUDICE** |

On August 13, 2019, the Court granted Plaintiff's motion for IFP status and dismissed Plaintiff's original Complaint without prejudice for failure to state a claim. ECF No. 7. On August 27, 2019, Plaintiff timely submitted a First Amended Complaint ("FAC"). ECF No. 8.

The Court screens Plaintiff's First Amended Complaint as required by 28 U.S.C. 1915(e). Plaintiff's First Amended Complaint now identifies both the nature of Plaintiff's disability and the nature of her disagreement with the Social Security Administration. Specifically, Plaintiff alleges that: (1) she suffers from a "severe medically determinable impairment of degenerative disc disease of the lumbar spine" (FAC at ¶ 9(a)); and (2) the ALJ "failed to provide[] specific and legitimate reasons in giving little weight to two Social Security Administration State Agency psychological consultants who assessed a severe

mental impairment with limitations as required by 20 C.F.R. § 404.1527 and case law" (FAC at ¶ 9(c)).

Plaintiff's First Amended Complaint however still fails to identify when she alleges she became disabled. See Varao v. Berryhill, No. 17-cv-02463-LAB-JLB, 2018 U.S. Dist. LEXIS 16258, at * 4 (S.D. Cal. Jan. 31, 2018) ("[T]he complaint must state the nature of plaintiff's disability and when the plaintiff claims she became disabled.") (emphasis added) (quoting Montoya v. Colvin, No. 2:16-cv-00454-RFB-NJK, 2016 U.S. Dist. LEXIS 30114, at *3-5 (D. Nev. Mar. 8, 2016) (citations omitted)).

In light of the foregoing, the Court **DISMISSES** Plaintiff's First Amended Complaint **WITHOUT PREJUDICE.** Plaintiff is granted until **September 6, 2019** to file a Second Amended Complaint. If Plaintiff fails to file a Second Amended Complaint within the time permitted, or if the Second Amended Complaint fails to address the defect identified above, the Court may enter a final order dismissing the action with prejudice.

**IT IS SO ORDERED.**

Dated: August 28, 2019

Honorable Linda Lopez
United States Magistrate Judge

2

19cv1312-LL