

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Maria Villalobos <br><br> Plaintiff, <br><br> V. <br><br> Andrew Saul, Commissioner of Social Security <br><br> Defendant. | Civil Action No.  19-cv-01312-RBB <br><br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's motion for summary judgment is DENIED, and Defendant's cross-motion for summary judgment is GRANTED.  The Clerk shall close the file.

Date:   6/29/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Exler

M. Exler, Deputy